DAVID L. RAY
CHAPTER 7 TRUSTEE
12121 Wilshire Boulevard
Suite 600
Los Angeles, California 90025-1166
(310) 481-6700 – Fax: (310) 481-6720

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:03-11086-TD |
| MUNIR MARWAN UWAYDAH, | Chapter 7 |
| Debtor. | NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No.3025 in the sum of $6,379.52 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: March 7, 2011

_____
Chapter 7 Trustee

1

DAVID L. RAY, CHAPTER 7 TRUSTEE
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025-1166

## LIST OF CLAIMANTS

| CLAIM # | NAME & ADDRESS | AMOUNT |
|---|---|---|
| 3 | John C Calvin<br>c/o James Caruso, Esq.<br>1822 Cherry St.<br>Toledo, Ohio 43608 | $71.24 |
| 7 | Thompson Hine, LLP<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114 | $3,789.24 |
| 13 | Weston Hurd<br>2500 Terminal Tower<br>50 Public Square<br>Cleveland, Ohio 44113<br><br>Weston Hurd<br>Tower at Erie View<br>1301 E 9th St. Ste 1900<br>Cleveland, Ohio 44114-1862 | $2,519.04 |
| | **TOTAL** | $6,379.52 |

2

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

| | |
|---|---|
| Unclaimed Dividends | CHECK NUMBER |
| IN re: claim # 3, 7, and 13 | 3025 |

DAVID L. RAY
12121 WILSHIRE BOULEVARD
SUITE 600
LOS ANGELES, CA 90025

| DATE | AMOUNT |
|---|---|
| 03/05/11 | *******6,379.52 |

| CASE NUMBER | DEBTOR |
|---|---|
| 2:03-11086    TD | UWAYDAH, MUNIR MARWAN |

**PAY TO THE ORDER OF**

United States Bankruptcy Court
255 E Temple St.
Los Angeles, CA 90012

*Six Thousand Three Hundred Seventy Nine Dollars And 52/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

2 SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆003025⑆ ⑇111000012⑇ 4428135210⑆

---

| Date: 03/05/11 | Check Number: 3025 | Amount: 6,379.52 |
|---|---|---|

Case Number: 2:03-11086    TD
Debtor Name: UWAYDAH, MUNIR MARWAN
SSN: 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

| Paid To: | United States Bankruptcy Court<br>255 E Temple St.<br>Los Angeles, CA 90012 | Trustee: | DAVID L. RAY<br>12121 WILSHIRE BOULEVARD<br>SUITE 600<br>LOS ANGELES, CA 90025 |
|---|---|---|---|

Description: Unclaimed Dividends IN re: claim # 3, 7, and 13

Bank Account Number: 4428135210

---

| Date: 03/05/11 | Check Number: 3025 | Amount: 6,379.52 |
|---|---|---|

Case Number: 2:03-11086    TD
Debtor Name: UWAYDAH, MUNIR MARWAN
SSN: 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

| Paid To: | United States Bankruptcy Court<br>255 E Temple St.<br>Los Angeles, CA 90012 | Trustee: | DAVID L. RAY<br>12121 WILSHIRE BOULEVARD<br>SUITE 600<br>LOS ANGELES, CA 90025 |
|---|---|---|---|

Description: Unclaimed Dividends IN re: claim # 3, 7, and 13

Bank Account Number: 4428135210